

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00337-CV

___

IN THE INTEREST OF V.A.B., A CHILD

___

On Appeal from the 46th District Court
Hardeman County, Texas
Trial Court No. 12,184, Honorable Dan Mike Bird, Presiding

___

January 23, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, L.B.M., proceeding pro se, appeals from the trial court's order terminating her parental rights to V.A.B., a child, in a private termination proceeding in which the Department of Family and Protective Services was not involved.[1]  Appellant's brief was originally due December 30, 2024, but was not filed.  By letter of January 3, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by January 13.  To date, Appellant has neither filed a brief nor a motion requesting an extension to do so.

___

[1] To protect the privacy of the parties involved, we refer to them by their initials.  *See* TEX. R. APP. P. 9.8(b).

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam